**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| GLENN EVANS, | ) | FILED: DECEMBER 4, 2008 |
| | ) | 08CV6919 |
| Plaintiff, | ) | JUDGE LINDBERG |
| | ) | MAGISTRATE JUDGE ASHMAN |
| vs. | ) No. | J. N. |
| | ) | |
| WILLIAMS & FUDGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

GLENN EVANS (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against WILLIAMS & FUDGE, INC. (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA). According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. Congress wrote the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. *15 U.S.C. 1692(a) – (e).*

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff's damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Because Defendant conducts business in the state of Illinois, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiff is a natural person who resides in Chicago, Cook County, Illinois, and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

9. Defendant is a debt collector and sought to collect a consumer debt from Plaintiff which was due and owing or alleged to be due and owing from Plaintiff, and Plaintiff is a "debtor" as that term is defined by *Cal. Civ. Code § 1788.2(h)*.

10. Defendant is a national company with its headquarters in Rock Hill, South Carolina.

11. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or

attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

12. Defendant is not a firm of attorneys or counselors at law and is a company who, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection as that term is defined by *Cal. Civ. Code §1788.2(b)*, and is a "debt collector" as that term is defined by *Cal. Civ. Code §1788.2(c)*.

## FACTUAL ALLEGATIONS

13. Defendant constantly and continuously placed collection calls to Plaintiff, seeking and demanding payment for an alleged debt (see Plaintiff's cell phone records attached as group Exhibit A).

14. On November 1, 2007, Plaintiff mailed (via certified mail return receipt) a cease and desist letter to Defendant (see letter attached as Exhibit B).

15. Defendant signed the return receipt, acknowledging it received Plaintiff's cease and desist letter (see signed return receipt attached as Exhibit C).

16. Defendant continued calling Plaintiff after receiving Plaintiff's cease and desist letter (see Plaintiff's cell phone records attached as group Exhibit A).

17. Defendant repeatedly called Plaintiff and hung up the phone before Plaintiff or his voicemail picked up the phone.

18. Defendant used abusive and offensive language while speaking with Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

19. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(c)* of the FDCPA by communicating with Plaintiff after Defendant received Plaintiff's cease and desist letter (see Exhibits A, B, and C).

    b. Defendant violated *§1692d(2)* of the FDCPA by using language that the natural consequences of was to abuse Plaintiff.

    c. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    d. Defendant violated *§1692d(6)* of the FDCPA by placing collection calls to Plaintiff without meaningful disclosure of the caller's identity because Defendant repeatedly called Plaintiff and hung up the phone before Plaintiff or his voicemail picked up the phone.

20. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit D).

WHEREFORE, Plaintiff, GLENN EVANS, respectfully requests judgment be entered against Defendant, WILLIAMS & FUDGE, INC., for the following:

21. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

22. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

23. Actual damages,

24. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

25. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By:  /s/ Adam J. Krohn
[ ] Adam Krohn
Attorneys for Plaintiff
Krohn & Moss, Ltd.
5055 Wilshire Blvd., Suite 300
Los Angeles, CA 90036

## **DEMAND FOR JURY TRIAL**

   PLEASE TAKE NOTICE that Plaintiff, GLENN EVANS, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ILLINOIS)

Plaintiff, GLENN EVANS, states the following:
1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, GLENN EVANS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

12-3-2008
Date

_____
GLENN EVANS

**EXHIBIT A**

Invoice Number  Account Number   Date Due   Page

## Summary for Glenn Evans.: 773-909-4688

**Your Calling Plan**

America's Choice II Fam Sh Prl 1400 Any Uni N&W/In Call $80 S4512 0407
(see pg 3)

**NATL IN Calling-Unlim**
Unlimited IN Calling minutes

**Uni Night & Weekend Min**
Unlimited OFFPEAK

**Charges**

**Monthly Access Charges**
| | |
|---|---|
| Current Calling Plan 05/08 - 06/07 | 9.99 |
| | $9.99 |

**Usage Charges**
| | |
|---|---|
| Voice | 1.20 |
| | $1.20 |

**Verizon Wireless' Surcharges**
| | |
|---|---|
| Fed Universal Service Charge | .27 |
| Regulatory Charge | .07 |
| Administrative Charge | .85 |
| | $1.19 |

**Taxes, Governmental Surcharges and Fees**
| | |
|---|---|
| Chicago City E911 Fee | 2.50 |
| IL State Telecom Excise Tax | .87 |
| Chicago MTT | .80 |
| | $4.17 |

**Total Current Charges for 773-909-4688** $16.55

## Usage Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| SharePlan | minutes | 1400 (shared) | 3 | 3 | 1.20 |
| Promotional | minutes | | 52 | --- | --- |
| Total Voice | | | | | $1.20 |
| Total Usage Charges | | | | | $1.20 |

## Detail for Glenn Evans.: 773-909-4688

### Voice

MAY 2008

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/28 | 10:57P | | Off-Peak | PromoAllow | Blue Islan IL | Miami FL | 1 | --- | --- | --- |
| 5/01 | 9:07A | | Peak | | Blue Islan IL | Miami FL | 1 | .40 | --- | .40 |
| 5/01 | 10:23P | | Off-Peak | PromoAllow | Blue Islan IL | Miami FL | 1 | --- | --- | --- |
| 5/01 | 10:24P | 803-329-9791 | Off-Peak | PromoAllow | Blue Islan IL | Rock Hill SC | 1 | --- | --- | --- |
| 5/01 | 11:57P | | Off-Peak | PromoAllow | Chicago IL | Miami FL | 1 | --- | --- | --- |
| 5/02 | 12:08A | | Off-Peak | PromoAllow | Chicago IL | Chicago IL | 36 | --- | --- | --- |
| 5/02 | 5:14A | | Off-Peak | PromoAllow | Chicago IL | Chicago IL | 1 | --- | --- | --- |
| 5/02 | 5:49A | | Off-Peak | PromoAllow,PartAllow,Span | Blue Islan IL | Chicago IL | 13 | .80 | --- | .80 |



MAY / BILL

MAY 2008

Invoice Number  Account Number   Date Due   Page

**Detail for Glenn Evans: 773-710-0051**

**Voice, continued**

## FEB 7 2008

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/29 | 11:25P | ▬▬▬ | Off-Peak | PromoAllow | Chicago He IL | Chicago IL | 2 | --- | --- | --- |
| 1/29 | 11:27P | ▬▬▬ | Off-Peak | PromoAllow | Chicago He IL | Tinleypark IL | 1 | --- | --- | --- |
| 1/30 | 12:56A | ▬▬▬ | Off-Peak | PromoAllow | Blue Islan IL | Incoming CL | 4 | --- | --- | --- |
| 1/30 | ▬▬▬ | ▬▬▬ | Off-Peak | PromoAllow | Blue Islan IL | Incoming CL | 6 | --- | --- | --- |
| 1/30 | ▬▬▬ | ▬▬▬ | Off-Peak | PromoAllow | Chicago IL | Incoming CL | 25 | --- | --- | --- |
| | | ▬▬▬ | Peak | PlanAllow | Blue Islan IL | Incoming CL | 2 | --- | --- | --- |
| 1/30 | 9:54A | 803-329-9791 | Peak | PlanAllow | Chicago IL | Rock Hill SC | 2 | --- | --- | --- |
| 1/30 | 9:55A | 803-329-9791 | Peak | PlanAllow | Chicago IL | Rock Hill SC | 2 | --- | --- | --- |
| 1/30 | 9:57A | 803-329-9791 | Peak | PlanAllow | Chicago IL | Rock Hill SC | 1 | --- | --- | --- |
| 1/30 | 9:57A | 803-329-9791 | Peak | PlanAllow | Chicago IL | Rock Hill SC | 1 | --- | --- | --- |
| 1/30 | 9:58A | 803-329-9791 | Peak | PlanAllow | Chicago IL | Rock Hill SC | 1 | --- | --- | --- |
| 1/30 | 9:59A | ▬▬▬ | Peak | PlanAllow | Chicago IL | Chicago IL | 1 | --- | --- | --- |
| 1/30 | 10:00A | Unavailable | Peak | PlanAllow | Chicago IL | Incoming CL | 3 | --- | --- | --- |
| 1/30 | 10:02A | ▬▬▬ | Peak | PlanAllow | Chicago IL | Toll-Free CL | 6 | --- | --- | --- |
| 1/30 | 10:10A | ▬▬▬ | Peak | PlanAllow | Lansing IL | Chicago IL | 16 | --- | --- | --- |
| 1/30 | 10:27A | 803-329-9791 | Peak | PlanAllow | Chicago He IL | Rock Hill SC | 1 | --- | --- | --- |
| 1/30 | 10:27A | ▬▬▬ | Peak | PlanAllow | Chicago He IL | Chicago IL | 4 | --- | --- | --- |
| 1/30 | 10:32A | ▬▬▬ | Peak | PlanAllow | Chicago He IL | Chicago IL | 4 | --- | --- | --- |
| 1/30 | 10:51A | ▬▬▬ | Peak | PlanAllow | Gary IN | Chicago IL | 14 | --- | --- | --- |
| 1/30 | 11:11A | ▬▬▬ | Peak | PlanAllow | Gary IN | Chicago IL | 1 | --- | --- | --- |
| 1/30 | 11:13A | ▬▬▬ | Peak | PlanAllow | Gary IN | Chicago IL | 2 | --- | --- | --- |
| 1/30 | 1:44P | ▬▬▬ | Peak | PlanAllow | Hammond IN | Incoming CL | 2 | --- | --- | --- |
| 1/30 | 8:31P | ▬▬▬ | Off-Peak | PromoAllow | Chicago IL | Incoming CL | 1 | --- | --- | --- |
| 1/30 | 10:49P | ▬▬▬ | Off-Peak | PromoAllow | Chicago IL | Incoming CL | 5 | --- | --- | --- |
| 1/30 | 11:13P | ▬▬▬ | Off-Peak | PromoAllow | Chicago He IL | Tinleypark IL | 1 | --- | --- | --- |
| 1/31 | 6:47A | ▬▬▬ | Peak | PlanAllow | Chicago IL | Chicago IL | 6 | --- | --- | --- |
| 1/31 | 6:52A | ▬▬▬ | Peak | PlanAllow,CallWait | Chicago IL | Incoming CL | 2 | --- | --- | --- |
| 1/31 | 8:53A | ▬▬▬ | Peak | PlanAllow,CallWait | Chicago IL | Incoming CL | 4 | --- | --- | --- |
| 1/31 | 9:49A | ▬▬▬ | Peak | PlanAllow | Chicago IL | Chicago IL | 1 | --- | --- | --- |
| 1/31 | 12:08P | 7▬▬ | Peak | PlanAllow | Calumet Cl IL | Chicago IL | 1 | --- | --- | --- |
| 1/31 | 12:12P | ▬▬▬ | Peak | PlanAllow | Calumet Cl IL | Toll-Free CL | 1 | --- | --- | --- |
| 1/31 | 1:51P | ▬▬▬ | Peak | PlanAllow | Chicago He IL | Incoming CL | 2 | --- | --- | --- |
| 1/31 | 10:34P | ▬▬▬ | Off-Peak | PromoAllow | Chicago IL | Chicago IL | 3 | --- | --- | --- |
| 1/31 | 11:07P | ▬▬▬ | Off-Peak | PromoAllow | Chicago He IL | Tinleypark IL | 1 | --- | --- | --- |
| 1/31 | 11:27P | ▬▬▬ | Off-Peak | PromoAllow | Lansing IL | Chicgutzn03 IL | 5 | --- | --- | --- |
| 1/31 | 11:34P | ▬▬▬ | Off-Peak | PromoAllow | Calumet Cl IL | Chicago IL | 3 | --- | --- | --- |
| 2/01 | 2:03A | ▬▬▬ | Off-Peak | PromoAllow | Chicago IL | Tinleypark IL | 6 | --- | --- | --- |
| 2/01 | 8:35A | ▬▬▬ | Peak | PlanAllow | Chicago IL | Tinleypark IL | 2 | --- | --- | --- |
| 2/01 | 8:37A | ▬▬▬ | Peak | PlanAllow | Chicago IL | Incoming CL | 2 | --- | --- | --- |
| 2/01 | 8:38A | ▬▬▬ | Peak | PlanAllow | Chicago IL | Tinleypark IL | 4 | --- | --- | --- |
| 2/01 | 8:21A | ▬▬▬ | Peak | PlanAllow | Chicago IL | Incoming CL | 1 | --- | --- | --- |
| 2/01 | 9:30A | ▬▬▬ | Peak | PlanAllow | Chicago IL | Tinleypark IL | 1 | --- | --- | --- |
| 2/01 | 9:31A | ▬▬▬ | Peak | PlanAllow | Chicago IL | Incoming CL | 1 | --- | --- | --- |
| 2/01 | 10:24A | 8▬▬ | Peak | PlanAllow | Chicago He IL | Toll-Free CL | 2 | --- | --- | --- |
| 2/01 | 12:51P | ▬▬▬ | Peak | PlanAllow | Lansing IL | Toll-Free CL | 8 | --- | --- | --- |

FEB 7 2008   BILL

**2008 BILL - CELL**

| Date | Time | | Number | Rate | Plan | From | To | Min | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | ~~1:00AM~~ | | ~~708-~~ | ~~Off-Peak~~ | ~~PromoAllow~~ | ~~Chicago IL~~ | ~~Incoming CL~~ | 25 | -- | -- |
| 1/30 | ~~6:54AM~~ | | | | ~~PlanAllow~~ | | ~~Incoming CL~~ | 2 | -- | -- |
| 1/30 | 9:54AM | | 803-329-9791 | Peak | PlanAllow | Chicago IL | Rock Hill SC | 2 | -- | -- |
| 1/30 | 9:55AM | | 803-329-9791 | Peak | PlanAllow | Chicago IL | Rock Hill SC | 2 | -- | -- |
| 1/30 | 9:57AM | | 803-329-9791 | Peak | PlanAllow | Chicago IL | Rock Hill SC | 1 | -- | -- |
| 1/30 | 9:57AM | | 803-329-9791 | Peak | PlanAllow | Chicago IL | Rock Hill SC | 1 | -- | -- |
| 1/30 | 9:58AM | | 803-329-9791 | Peak | PlanAllow | Chicago IL | Rock Hill SC | 1 | -- | -- |
| 1/30 | 9:59AM | | ~~redacted~~ | ~~Peak~~ | ~~PlanAllow~~ | Chicago IL | Chicago IL | 1 | -- | -- |
| 1/30 | 10:00AM | | ~~redacted~~ | | PlanAllow | ~~Chicago IL~~ | ~~Incoming~~ | 3 | -- | -- |
| | ~~10:02AM~~ | | | ~~Peak~~ | ~~PlanAllow~~ | ~~Chicago IL~~ | ~~Toll Free CL~~ | 6 | -- | -- |
| 1/30 | 10:10AM | | ~~redacted~~ | ~~Peak~~ | ~~PlanAllow~~ | ~~Lansing IL~~ | Chicago IL | 16 | -- | -- |
| 1/30 | 10:27AM | | 803-329-9791 | Peak | PlanAllow | Chicago He IL | Rock Hill SC | 1 | -- | -- |
| 1/30 | ~~10:27AM~~ | | | ~~Peak~~ | ~~PlanAllow~~ | ~~Chicago IL~~ | ~~Chicago IL~~ | 4 | -- | -- |
| 1/30 | 10:32AM | | | Peak | PlanAllow | Chicago He IL | ~~Chicago IL~~ | 4 | -- | -- |
| 1/30 | 10:51AM | | | Peak | ~~PlanAllow~~ | ~~Gary IN~~ | Chicago IL | 14 | -- | -- |
| | ~~11:11AM~~ | | | ~~Peak~~ | ~~PlanAllow~~ | | | 1 | -- | -- |
| | | | | ~~Peak~~ | | ~~Gary IN~~ | ~~Chicago IL~~ | 2 | -- | -- |
| 1/30 | 1:44PM | | | | | ~~Hammond IN~~ | ~~Chicago IL~~ | 2 | -- | -- |
| 1/30 | ~~2:11PM~~ | | | Off-Peak | ~~PromoAllow~~ | ~~Chicago IL~~ | ~~Incoming CL~~ | 1 | -- | -- |
| | | | | ~~Off-Peak~~ | ~~PromoAllow~~ | ~~Chicago IL~~ | | 5 | -- | -- |
| 1/30 | ~~11:12PM~~ | | | ~~Off-Peak~~ | | | ~~Tinleypark IL~~ | 1 | -- | -- |
| 1/31 | ~~8:47AM~~ | | | ~~Peak~~ | | Chicago IL | ~~Chicago IL~~ | 6 | -- | -- |
| | ~~8:52AM~~ | | | ~~Peak~~ | PlanAllow,Call Wait | ~~Chicago IL~~ | Incoming CL | 2 | -- | -- |
| 1/31 | 8:53AM | | | Peak | PlanAllow,Call Wait | ~~Chicago IL~~ | ~~Incoming CL~~ | 4 | -- | -- |
| 1/31 | 9:49AM | | | ~~Peak~~ | ~~PlanAllow~~ | Chicago IL | Chicago IL | 1 | -- | -- |
| 1/31 | 12:08PM | | 77~~ | Peak | PlanAllow | Calumet Ch IL | Chicago IL | 1 | -- | -- |
| 1/31 | 12:12PM | | | | | Calumet CH | Toll Free CL | 1 | -- | -- |
| 1/31 | 1:51PM | | | | ~~PlanAllow~~ | ~~Chicago He IL~~ | | 2 | -- | -- |
| 1/31 | 10:34PM | | | Off-Peak | PromoAllow | Chicago IL | Chicago IL | 2 | -- | -- |
| 1/31 | 11:07PM | | | ~~Off-Peak~~ | ~~PromoAllow~~ | ~~Chicago He IL~~ | ~~Tinleypark IL~~ | | -- | -- |
| 1/31 | 11:27PM | | | Off-Peak | PromoAllow | Lansing IL | Chicago03 IL | 5 | -- | -- |
| 1/31 | 11:34PM | | | ~~Off-Peak~~ | | Calumet CH IL | Chicago IL | 3 | -- | -- |
| 2/01 | 2:03AM | | | ~~Off-Peak~~ | | ~~Chicago IL~~ | ~~Tinleypark IL~~ | 2 | -- | -- |
| 2/01 | 6:35AM | | | Peak | PlanAllow | ~~Chicago IL~~ | ~~Tinleypark IL~~ | 2 | -- | -- |
| 2/01 | 8:37AM | | 7~~ | Peak | PlanAllow | ~~Chicago IL~~ | ~~Incoming CL~~ | 2 | -- | -- |
| 2/01 | ~~9:00AM~~ | | | ~~Peak~~ | PlanAllow | Chicago IL | Tinleypark IL | 4 | -- | -- |
| 2/01 | 9:21AM | | | Peak | PlanAllow | Chicago IL | Incoming CL | 1 | -- | -- |
| 2/01 | | | ~~708-~~ | | PlanAllow | Chicago IL | Tinleypark IL | 1 | -- | -- |

DOCUMENT A 6

**EXHIBIT B**

3400 West 111th #362
Chicago, Illinois 60655
November 01 2007th

Collection Manager
Williams & Fudge
300 Chatham Avenue
Rock Hill South Carolina 29731

TO   Collections Manager
       Williams & Fudge Inc
RE   Webster University –account number 2264176

This will serve as your legal notice under the provisions of federal law, the Fair debt Collection Practices Act (FDCPA) to cease all communication with me in regards to the Debt referenced above. If you fail to heed this notice I will file a formal complaint against you with the Federal Trade Commission who is responsible for enforcement, the South Carolina States Attorney Office, and the governing body responsible for the regulations of attorneys in your jurisdiction. I have decided that I do not desire to work with a collection agency under any circumstances. I will contact the original creditor to resolve this matter directly , as circumstances warrant. You are also notified that the adverse information you entered on my credit reports will be subjected to additional and appropriate actions, i.e., the filing of a civil lawsuit in federal court in regards to the violation of the Fair Credit Reporting and Fair Debt Collection Acts. Give this important matter the attention it deserves. Be advised that the debt amount is incorrect, it is inflated, and not my responsibility, as my employer is responsible for this debt. Additionally, you have intentionally and incorrectly reported this matter to the credit bureaus. Your actions will precipitate an immediate lawsuit if this matter is not tended to. Thank You.

Glenn Evans

PS I WILL ARRANGE PAYMENT DIRECTLY TO WEBSTER UNIVERSITY FOR THE VALID AMOUNT, AND I WILL SUE YOUR COLLECTION AGENCY.

Cc
Federal Trade Commission
Office of the South Carolina Attorney Generals office
Office of the State of South Carolina-Collections Agency Regulation
Illinois Department of professional Regulations-Collection Agency Regulation
Evans/Sklodeimer-Attorneys of Record

Document A-4

**EXHIBIT C**



Document A-2


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0000 5676 8962**
Detailed Results:

- **Delivered, November 08, 2007, 9:49 am, ROCK HILL, SC 29730**
- **Acceptance, November 05, 2007, 4:55 pm, CALUMET CITY, IL 60409**

Track & Confirm
Enter Label/Receipt Number.

( < Back )    ( Return to USPS.com Home > )    ( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

A 8

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                    11/11/2007

# **EXHIBIT D**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — YES (NO)
2. Fear of answering the telephone — (YES) NO
3. Nervousness — (YES) NO
4. Fear of answering the door — (YES) NO
5. Embarrassment when speaking with family or friends — (YES) NO
6. Depressions (sad, anxious, or "empty" moods) — YES (NO)
7. Chest pains — YES (NO)
8. Feelings of hopelessness, pessimism — (YES) NO
9. Feelings of guilt, worthlessness, helplessness — (YES) NO
10. Appetite and/or weight loss or overeating and weight gain — YES (NO)
11. Thoughts of death, suicide or suicide attempts — YES (NO)
12. Restlessness or irritability — YES (NO)
13. Headache, nausea, chronic pain or fatigue — YES (NO)
14. Negative impact on my job — YES (NO)
15. Negative impact on my relationships — (YES) NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____

_____
_____
_____
_____
_____

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 12-3-2008

_____
Signed Name

GLENN EWING
Printed Name